STATE v. S. S. KRESGE COMPANY.[1]

July 17, 1931.

No. 28,453.

*Russell C. Rosenquest,* for appellant.

*Henry N. Benson,* Attorney General, *James E. Markham,* Deputy Attorney General, *Neil M. Cronin,* City Attorney, and *Palmer B. Rasmusson,* Assistant City Attorney, for the state.

PER CURIAM.

This appeal presents the same questions considered in State v. F. W. Woolworth Co. 184 Minn. 51, 237 N. W. 817, and is ruled by the opinion just filed in that case.

Judgment affirmed.

[1]Reported in 237 N. W. 820.